# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Keith Hale v. The Northeast Illinois Regional Commuter Railroad Corporation, dba Metra

Case Number: 19-cv-00923

An appearance is hereby filed by the undersigned as attorney for:
Plaintiff, Keith Hale

Attorney name (type or print): Ethan E. White

Firm: Emery Law, Ltd.

Street address: 3 Grant Square, #268

City/State/Zip: Hinsdale, IL 60521

Bar ID Number: 6297938
(See item 3 in instructions)

Telephone Number: 630-984-0339

Email Address: ewhite@emerylawltd.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | ✓ | |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 13, 2019

Attorney signature: S/ Ethan E. White
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015